## Arthur MORRISON, Petitioner–Appellant,

v.

## Joseph K. WOODRING, Warden, FCI Lompoc, Defendant–Appellee,

Cameron Lindsay, Warden, Federal Correctional Institution, Lompoc, Respondent–Appellee.

No. 07–55056.

United States Court of Appeals, Ninth Circuit.

July 23, 2007 *.

Filed July 27, 2007.

Arthur Morrison, Terminal Island, CA, pro se.

Jeffrey Backhus, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, HAWKINS and WARDLAW, Circuit Judges.

MEMORANDUM **

The Clerk shall file the May 1, 2007 response to the motion to dismiss and the May 10, 2007 response to the court's order to show cause.

A review of the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, the motion to summarily affirm the district court's judgment is granted.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All pending motions are denied as moot.

**AFFIRMED.**

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.